Order issued January 31, 2013



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00968-CV

DAVID SCOT LYND, Appellant

V.

BASS PRO OUTDOOR WORLD, INC. D/B/A PASS PRO SHOP, Appellee

## ORDER

Appellant's December 14, 2012 motion to recuse Justice Lang-Miers from this appeal is

**GRANTED.**

ELIZABETH LANG-MIERS
JUSTICE